166 So. 812

## Zaki N. AZAR v. STATE.

### 3 Div. 167.

Supreme Court of Alabama.

March 26, 1936.

A. A. Carmichael, Atty. Gen., and Frontis H. Moore, Asst. Atty. Gen., for the State.

Hill, Hill, Whiting, Thomas & Rives, of Montgomery, for respondent.

GARDNER, Justice.

Petition of the State of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Azar v. State, 166 So. 811.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.